UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 96-6080-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JACKSON,

    Defendant.
_____/

FILED by _____ D.C.

APR 2 0 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, ANTHONY JACKSON, appeared before the Court on April 17, 2009, represented by counsel for a hearing on violation of supervised release. The Defendant was initially convicted of three counts of possession with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1). The Defendant was sentenced to 151 months imprisonment. After serving the prison portion of his sentence, the Defendant was placed on a five (5) year term of supervised release. The Defendant commenced supervised release on April 20, 2007.

The Defendant is now charged with violating supervised release by: (1) failing to refrain from violation of the law on or about May 2008 through July 1, 2008 by committing the offense of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); (2) failing to refrain from violation of the law on or about July 1, 2008 by committing the offense of attempted possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 846 and 18 U.S.C. § 2; and (3) failing to refrain from violation of the law on or about July 1, 2008 by committing the offense of brandishing a firearm during and in relation to a drug trafficking crime,

1

in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.[1] The Defendant admits all three violations and wishes to proceed to sentencing as soon as possible.

Based on the foregoing, this Court RECOMMENDS that the District Court accept the Defendant's admissions and find the Defendant guilty of violations 1, 2, and 3, and 4. This Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Kenneth L. Ryskamp.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Kenneth L. Ryskamp, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982), cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 20 day of April, 2009.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Kenneth L. Ryskamp
AUSA Laurence Bardfeld
AFPD Samuel Smargon
U.S. Marshal
U.S. Probation

---

[1] On December 12, 2008, the Defendant pled guilty to two of these violations as charged in a second superceding indictment in criminal case 08-Cr-80073-DTKH. The Defendant is presently incarcerated after having been sentenced to 240 months imprisonment in that case on April 3, 2009.