UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-6080 -CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Anthony Jackson,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on April 17, 2009.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's admission of guilty to violation of Supervised Release is accepted. Sentencing on violation of supervised release is set for July 9, 2009 at 9:00 A.M..

**DONE and ORDERED** in West Palm Beach, this 24 day of April, 2009.

                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record